

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00726-CV

Morris Dwayne **DEBROW**,
Appellant

v.

Tiffany Lashaw **DEBROW**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-21524
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: October 18, 2023

DISMISSED FOR WANT OF PROSECUTION

On August 25, 2023, the trial court clerk filed a notification of late record, stating that the appellant had failed to pay the fee for preparing the clerk's record. On September 18, 2023, we ordered appellant to provide written proof to this court within ten days that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant was entitled to appeal without paying the clerk's fee. We warned that if appellant failed to respond, this appeal would be dismissed for want of prosecution. Appellant failed to respond. We, therefore, dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing appellate courts

to dismiss an appeal for want of prosecution when an appellant fails to pay or make arrangements to pay the fee for preparing the clerk's record); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order).

PER CURIAM